# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEPHANIE TARAPCHAK,** : | |
| Plaintiff : | |
|  : | **CIVIL ACTION NO. 3:13-1895** |
| v. : | |
|  : | **(Mannion, D.J.)** |
| **SCHUYLKILL COUNTY, et al.,** : | **(Schwab, M.J.)** |
| Defendants : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the report and recommendation of Judge Schwab, (Doc. 24), is **ADOPTED IN ITS ENTIRETY**. The motion to dismiss of Schuylkill County and the individual defendants is **GRANTED IN PART** and **DENIED IN PART**. (Doc. 14). The Fourth Amendment claim against defendant Phillips for searching plaintiff's wallet and seizing her prescription pills remains. The unopposed motion to dismiss of the Division of Domestic Relations, (Doc. 21), is **GRANTED**. Plaintiff will not be granted leave to amend her complaint, and the case is **REMANDED** to Judge Schwab for further proceedings

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 15, 2014**