# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHANIE TARAPCHAK, | : | CIVIL ACTION NO. 3:13-CV-01895 |
| Plaintiff, | : | |
| v. | : | (Magistrate Judge Schwab) |
| SCHUYLKILL COUNTY, *et al.*, | : | |
| Defendants. | : | |

## ORDER
June 22, 2016

Upon consideration of the defendant's motion (*doc. 39*) for summary judgment, and for the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED** that the defendant's motion (*doc. 39*) is **GRANTED**; judgment is **ENTERED** in favor of the defendant against the plaintiff, Stephanie Tarapchak; and the Clerk of Court is directed to **CLOSE** this case.

*S/ Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge